**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00086-CR

### DONALD MAYS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F12-55902-J

## ORDER

The Court **REINSTATES** the appeal.

On August 22, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her workload and that she had been on maternity leave; and (4) Ms. Moore requested twenty-one days from the October 10, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief within **TWENTY-ONE DAYS** of the date of this order. Because appellant's brief is already more than three months overdue, no further extensions will be granted. If appellant's brief is not filed within the time specified, we will

order Riann Moore and the Dallas county Public Defender's Office removed as counsel and will order the trial court to appoint a new attorney to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Katherine Drew, Appellate Chief, Dallas County Public Defender's Office; Riann Moore, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/    LANA MYERS
JUSTICE